IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| | : | No. 24-0517 |
| v. | : | |
| | : | |
| ZOUBEK PROPERTIES LLC, et al. | : | |

**ORDER**

AND NOW, this 23rd day of April, 2025, following a teleconference with the parties on April 22, 2025 during which it was reported that the issues between the parties in the above action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED the above action is DISMISSED with prejudice as to all claims and all causes of action.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.